| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-6915<br>Facsimile: (415) 436-6927 |
| 7 | Email: edward.olsen@usdoj.gov |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TOHEED AHMAD,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, SECRETARY; US ATTORNEY GENERAL, ALBERTO GONZALES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, EMILIO T. GONZALEZ, DIRECTOR; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ALFONSO AGUILAR, CHIEF; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DAVID STILL, DISTRICT DIRECTOR,

    Defendants.

No. C 06-3563-SI

**STIPULATION TO EXTEND TIME TO ANSWER; AND [PROPOSED] ORDER**

    Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the time within which the defendants must file and serve an answer by 14 days in the above-entitled action. The defendants' answer will be filed and served on or before August 22, 2006.

| | | |
|---|---|---|
| 1 | Date: August 7, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: August 7, 2006

_____
JAMES M. BYRNE
Law Offices of James M. Byrne
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Jim Byrne and I have signed this stipulation.

STIPULATION TO EXTEND ANSWER DATE
C 06-3563-SI                                    2