KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue,9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-6915
    Facsimile:    (415) 436-6927
    Email:       edward.olsen@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TOHEED AHMAD,<br><br>              Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, SECRETARY; US ATTORNEY GENERAL, ALBERTO GONZALES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, EMILIO T. GONZALEZ, DIRECTOR; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ALFONSO AGUILAR, CHIEF; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DAVID STILL, DISTRICT DIRECTOR,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 06-3563-SI<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

      Plaintiff, by and through his attorney of record, and defendants, by and through their

attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

entitled action without prejudice because the United States Citizenship and Immigration Services

(USCIS) has agreed to issue a decision on the plaintiff's application for naturalization within 30

days of the dismissal of this action.

      Each of the parties shall bear their own costs and fees.

1    Date:  September 5, 2006                    Respectfully submitted,

2                                                KEVIN V. RYAN
                                                 United States Attorney
3

4
                                                         /s/
5                                                EDWARD A. OLSEN[1]
                                                 Assistant United States Attorney
6                                                Attorneys for Defendants

7

8
                                                         /s/
9    Date:  September 5, 2006                    JAMES M. BYRNE
                                                 Law Offices of James M. Byrne
10                                               Attorneys for Plaintiff

11

12                                      **ORDER**

13        Pursuant to stipulation, IT IS SO ORDERED.

14

15

16   Date:  _____    _____
                                                 SUSAN ILLSTON
17                                               United States District Judge

18

19

20

21

22

23

24

25

26

27

28
     _____
          [1]I, Edward A. Olsen, attest that both Jim Byrne and I have signed this stipulation.

STIPULATION TO DISMISS
C 06-3563-SI                            2